Jeffrey S. Allison
Nevada Bar No. 8949
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112

Daniel S. Ivie
Nevada Bar No. 10090
HOUSER & ALLISON
A Professional Corporation
3595 S. Town Center Drive, Ste. 105
Las Vegas, Nevada 89135
Phone: (949) 679-1111
Fax: (949) 679-1112

Attorneys for Defendants OCWEN LOAN SERVICING, LLC, erroneously named as OCWEN
LOAN SERVICING, and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2004-8, erroneously named as US BANK, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM L. SNYDER & NORMA M. FELDMAN-SNYDER )<br><br>Plaintiffs, )<br><br>vs. )<br><br>US BANK, N.A. & OCWEN LOAN SERVICING )<br><br>Defendants ) | CASE NO.: 2:14-cv-01697-MMD-PAL<br><br>HON. MIRANDA M. DU<br><br>**REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT** |

## I.     INTRODUCTION

Plaintiffs' five page Opposition is conclusory and insufficient to establish that a claim is

stated in their Complaint.  The Opposition does not itemize or make clear what claim(s) are

1

alleged in the un-delineated Complaint, although it appears the Complaint alleges fraud.  The Opposition concludes merely that this claim(s) is sufficiently pleaded under general citations for relaxed pleading standards.  The Opposition does not demonstrate specifics as to how a fraud claim is stated, let alone the required elements including the who, what, how, when, and manner of authorization as to each of the Defendants.  The claim cannot be stated in a couple general paragraphs against multiple parties to put each on sufficient notice as to the bases and elements of the claim(s). Fraud is a serious claim requiring some degree of specificity and particularity.

Plaintiffs' Opposition ignores Defendants' law set forth in their Motion.  The Opposition cites no substantive law to circumvent or establish any specific claim for fraud or other.  For instance, there is no discussion in the Opposition to circumvent the law (1) that there is no contractual or legal duty to modify Plaintiff's defaulted loan; (2) the required tender of amounts due to reinstate the loan in the interim; (3) that Plaintiff(s) lack standing; or (4) that their purported fraud claim is out of context and fails as a matter of law against Defendants.  (See Motion, Sections III-VI).

Finally, Plaintiffs did not object to Defendants' Request for Judicial Notice of in support of the Motion.  Plaintiffs' vague sequel action is again devoid and an improper use of judicial resources.  Defendants' Motion should be granted and this action dismissed with prejudice.

## II.  <u>CONCLUSION</u>

For the reasons set forth in the Motion and further above, it is respectfully requested that the Motion be GRANTED and judgment of dismissal of Defendants be entered with prejudice, and for such other and further relief as deemed just and appropriate.

///

DATED:  November 7, 2014

HOUSER & ALLISON
A Professional Corporation


/s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.
Attorneys for Defendants OCWEN LOAN
SERVICING, LLC and U.S. BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR STRUCTURED ASSET
INVESTMENT LOAN TRUST,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2004-8

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

### REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT

By:    <u>X</u>      U.S. Mail

       __      Facsimile transmission
       __      Overnight Mail
       __      Hand and/or Personal Delivery

and addressed to the following:

WILLIAM L. SNYDER
NORMA M. FELDMAN-SNYDER
2336 Danville Ct.
Henderson, NV 89074

Plaintiffs in Pro Se

Dated:  November 7, 2014

                                          s/ Courtney Hershey_____
                                          An employee of HOUSER & ALLISON, APC

4